IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOUCHSCREEN GESTURES, LLC,

Plaintiff,

v.

HTC CORPORATION, et al.,

Defendants.

No. C 13-1772 WHA

**ORDER DENYING PRO HAC VICE APPLICATIONS OF ATTORNEY WINSTON HUFF AND ATTORNEY DEBORAH JAGAI**

The *pro hac vice* applications of Attorneys Winston Huff and Deborah Jagai (Dkt. Nos. 26–27) are **DENIED** (1) because they are unsigned, and (2) for failing to specify membership in good standing of a United States Court or the highest court of another State or the District of Columbia. Merely claiming membership of "the bar of the state of Texas" is insufficient under the civil local rules. While the application fee does not need to be paid again, the applications cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: May 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE