Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TOUCHSCREEN GESTURES, LLC

Plaintiff(s),

v.

HTC CORPORATION, et al.

Defendant(s).

Case No: 3:13-cv-01772

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, /s/ Deborah Jagai, an active member in good standing of the bar of Northern District of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Touchscreen Gestures, LLC in the above-entitled action. My local co-counsel in this case is Lewis E. Hudnell, III, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| W. O. Huff & Associates, PLLC 302 N. Market St., Ste. 450, Dallas, TX 75202 | Colvin Hudnell IP Solutions, 555 California St., Ste. 4925, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 749-1220 | (347) 855-4772 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| djagai@huffip.com | lewis@colvinhudnell.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24048571.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/20/13

/s/ Deborah Jagai
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ Deborah Jagai is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 7, 2013.

William Alsup
United States District Judge

PRO HAC VICE APPLICATION & ORDER