IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOUCHSCREEN GESTURES LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HTC CORPORATION, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 13-01772 WHA<br>No. C 13-02478 WHA<br>No. C 13-02715 WHA<br>No. C 13-02758 WHA<br>No. C 13-02759 WHA<br><br>**ORDER RE INITIAL CASE MANAGEMENT CONFERENCE** |

　　　Plaintiff's request to continue the July 11 case management conference in No. C 13-01772 is **DENIED**. The joint case management statement in that action remains due on July 5. The parties in the above-listed related actions shall likewise appear for an initial case management conference on **JULY 11, 2013 AT 11:00 A.M.** Given the short time frame, the parties in the related actions may file separate case management statements by **JULY 8 AT NOON**. All parties are **ORDERED TO SHOW CAUSE** at the July 11 conference why these related actions should not be consolidated for all purposes other than trial. The question of whether the actions should be consolidated for trial will be decided later.

　　　**IT IS SO ORDERED.**

Dated: July 1, 2013.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE