Lewis E. Hudnell, III (CASBN 218736)
Email:  lewis@colvinhudnell.com
**COLVIN HUDNELL IP SOLUTIONS**
555 California Street, Suite 4925
San Francisco CA  94104
Telephone: 212.634.6844
Facsimile: 347.772.3034

Winston O. Huff (admitted *pro hac vice*)
whuff@huffip.com
Deborah Jagai (admitted *pro hac vice*)
djagai@huffip.com
**W. O. HUFF & ASSOCIATES, PLLC**
302 Market, Suite 450
Dallas, TX  75202
Telephone:  214.749.1220
Facsimile:  469.206.2173

**ATTORNEYS FOR PLAINTIFF
TOUCHSCREEN GESTURES LLC**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| TOUCHSCREEN GESTURES LLC, | Case No.  3:13-CV-01772-WHA |
| Plaintiff, | **ORDER ON NOTICE OF PERMISSION TO APPEAR AT CASE MANAGEMENT CONFERENCE IN LIEU OF LEAD COUNSEL OR IN THE ALTERNATIVE FOR LEAD COUNSEL TO PARTICIPATE BY TELEPHONE** |
| vs. | |
| HTC CORPORATION., *et al.*, | |
| Defendants. | |
| | Judge: William H. Alsup |

IT IS SO ORDERED that Lead Counsel, Winston O. Huff is excused from appearing at the July 11, 2013 case management conference. Deborah Jagai will appear on behalf of Plaintiff and Counterdefendant Touchscreen Gestures LLC in lieu of its Lead Counsel.

Dated: July 8, 2013.

By: /s/ William Alsup
Hon. William A. Alsup
United States District Judge