IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOUCHSCREEN GESTURES LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>HTC CORPORATION, et al.,<br><br>       Defendants. | No. C 13-01772 WHA<br>No. C 13-02478 WHA<br>No. C 13-02715 WHA<br><br>**ORDER GRANTING IN PART<br>AND DENYING IN PART<br>REQUESTS FOR LEAVE TO FILE** |

The plaintiff in these related actions has filed a précis requesting leave to file a motion for leave to amend its complaints, amend its initial disclosures, and amend its infringement contentions. The proposed motion for leave to amend the complaints seeks to remove certain claims and allegations from those pleadings. This order concludes that the proposed amendments may streamline these actions. The request for leave to file the motion to amend the complaints is accordingly **GRANTED**. Plaintiff shall file the motion by **SEPTEMBER 30** on a normal, 35-day track.

Plaintiff also seeks to amend its initial disclosures and infringement contentions in order to "provide more specificity" and "particularity." Plaintiff fails to explain, however, why this specificity and particularity was not supplied prior to the deadlines for serving its initial

1  disclosures and infringement contentions.  Good cause not shown, plaintiff's request for leave to
2  file a motion to amend its initial disclosures and infringement contentions is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 25, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2