United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOUCHSCREEN GESTURES LLC,

    Plaintiff,

  v.

HTC CORPORATION, et al.,

    Defendants.

No. C 13-01772 WHA

**ORDER RE PRECIS REQUEST FOR LEAVE TO FILE EARLY SUMMARY JUDGMENT MOTION**

    Defendants in this patent action filed a précis requesting approval to file a motion for summary judgment of invalidity under Section 101. Defendants are requested to apprise the court of the anticipated length of their opening summary judgment brief (including all declarations and exhibits) by **OCTOBER 23 AT 5:00 P.M.**

    **IT IS SO ORDERED.**

Dated: October 22, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE