IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOUCHSCREEN GESTURES LLC,

    Plaintiff,

  v.

HTC CORPORATION, et al.,

    Defendants.

No. C 13-01772 WHA

**ORDER GRANTING PRECIS REQUEST FOR LEAVE TO FILE EARLY SUMMARY JUDGMENT MOTION**

Defendants in this patent action filed a précis requesting approval to file an early motion for summary judgment of invalidity under Section 101. In a follow-up submission, defendants stated that the anticipated length of their opening brief is eight pages, and that the opening submission will total nineteen pages including attachments. In light of this representation, defendants' request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE