IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOUCHSCREEN GESTURES LLC,

    Plaintiff,

  v.

HTC CORPORATION, et al.,

    Defendant.

No. C 13-01772 WHA
No. C 13-02478 WHA
No. C 13-02715 WHA

**ORDER RE JOINT LETTER**

      The parties in these related actions request clarification on their obligations to comply with Patent Local Rule 4-5. The parties are advised that, although no Markman hearing will be held and claim construction will occur at summary judgment or at trial, the goal of Patent Local Rules to encourage early disclosure and briefing of the parties' claim construction arguments is unaffected. Thus, all claim construction briefing deadlines set by the Patent Local Rules remain in place.

**IT IS SO ORDERED.**

Dated: November 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE