IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOUCHSCREEN GESTURES LLC,

    Plaintiff,

v.

HTC CORPORATION, et al.,

    Defendants.

No. C 13-01772 WHA

**ORDER GRANTING PRECIS REQUEST FOR MOTION TO STRIKE AND DISMISS**

Defendants in this patent action filed a précis requesting approval to file a discrete motion to strike plaintiff's infringement contentions for both patents-in-suit and to dismiss the infringement claims. Defendants stated that the motion will not exceed seven pages, supported by a two–page declaration and no more than approximately 10 pages selected from plaintiff's infringement contentions. In light of this representation, defendants' request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: December 4, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE